**DISMISS and Opinion Filed August 19, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00475-CV

## IN RE ASPEN HEIGHTS CONSTRUCTION, LLC, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15745**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Before the Court is relator's July 26, 2022 unopposed motion to dismiss its

petition for writ of mandamus. In its motion, relator informs the Court that the parties

have resolved their disputes. Accordingly, we grant relator's motion and dismiss this

original proceeding.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220475F.P05